AO 91 (Rev. 8/09) Criminal Complaint

**UNDER SEAL**

# United States District Court
## for the
## Eastern District of Virginia

FILED
JUL 25 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br><br>ATEF MEKKI HAJ HASSEN<br>ATEF BEN AMOR AMRI<br>MEJDI HEDI MESSAOUDI<br>HENDA BKHAIRIA<br>HAIDER HAGUI<br>MONIKA RYCHEL<br>KHALIL BOUZGHAIA<br><br>*Defendant(s)* | Case No. 1:13mj447 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2005 to July 2013__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit offense or to defraud the United States |
| 18 U.S.C. § 1343 | Fraud by wire |
| 18 U.S.C. § 1344 | Bank fraud |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet

Reviewed by AUSA Gordon D. Kromberg

*complainant's signature*

Sandra B. Pollack, Special Agent
*Printed name and title*
Sandra Bell Pollack, Special Agent

Sworn to and signed in my presence.

Date: __July 25, 2013__

City and State: __Alexandria, Virginia__

/s/
Ivan D. Davis
United States Magistrate Judge